UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CARLOS ARMANDO SAPON SAPON, et al.,

                Plaintiffs,

against

HANBAT RESTAURANT, INC. and NACK GYEUN MUN,

                Defendants.

CIVIL ACTION NO.: 18 Civ. 11457 (SLC)

**ORDER**

**SARAH L. CAVE, United States Magistrate Judge.**

      The parties in this wage-and-hour case under the Fair Labor Standards Act ("FLSA") have consented to this Court's jurisdiction under 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73 (ECF No. 29), and have submitted a proposed settlement agreement and accompanying exhibits (ECF No. 27) for approval under Cheeks v. Freeport Pancake House, Inc., 796 F.3d 199 (2d Cir. 2015). Courts generally recognize a "strong presumption in favor of finding a settlement fair" in FLSA cases like this one, as courts are "not in as good a position as the parties to determine the reasonableness of a FLSA settlement." Souza v. 65 St. Marks Bistro, No. 15 Civ. 327 (JLC), 2015 WL 7271747, at *4 (S.D.N.Y. Nov. 6, 2015) (internal citation omitted). In addition, Plaintiffs have expressed serious concerns about collectability and have agreed to a payment schedule, which "militates in favor of finding the settlement reasonable." Lliguichuzhca v. Cinema 60, LLC, 948 F. Supp. 2d 362, 365 (S.D.N.Y. 2013); see Hart v. RCI Hosp. Holdings, Inc., No. 09 Civ. 3043 (PAE), 2015 WL 5577713, at *10 (S.D.N.Y. Sept. 22, 2015) (approving settlement

1

agreement in light of "risk that plaintiffs would not be able to collect, or fully collect, on a judgment").

Having carefully reviewed the settlement agreement and accompanying exhibits, the Court finds that all of the terms of the proposed settlement appear to be fair and reasonable under the totality of the circumstances and in light of the factors enumerated in <u>Wolinsky v. Scholastic Inc.</u>, 900 F. Supp. 2d 332, 335 (S.D.N.Y. 2012).

Accordingly, the settlement is hereby **APPROVED**. Consistent with Paragraph 7 of the settlement agreement, the Court will retain jurisdiction over the settlement agreement for purposes of its enforcement. Consistent with ECF No. 27, the parties are **DIRECTED** to file a proposed Stipulation and Order of Final Dismissal with Prejudice by **Tuesday, November 19, 2019**.

SO ORDERED.

Dated: November 5, 2019
New York, New York

_____
SARAH L. CAVE
United States Magistrate Judge