# Michael Faillace & Associates, P.C.

Employment and Litigation Attorneys

| | |
|---|---|
| 60 East 42nd Street, Suite 4510 | Telephone: (212) 317-1200 |
| New York, New York 10165 | Facsimile: (212) 317-1620 |

CTucker@faillacelaw.com

March 24, 2020

**VIA ECF**
Magistrate Judge
Hon. Sarah L. Cave
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

    Re:    <u>Armando Sapon Sapon et al v. Hanbat Restaurant, Inc. et al</u>
    CASE #:    1:18-cv-11457-SLC

Your Honor:

    My firm represents Plaintiffs ERNESTINA SANCHEZ HIPOLITO (AKA CHRISTINA), MARGARITO TLAXCALTECATL ROMERO, NANCY LOPEZ, and SALOMON PABLO-MOSSO ("Plaintiffs") in the above-referenced action.

    I write to respectfully request an entry of judgment based on the settlement agreement in this action which was approved by the Court on November 5, 2019. Dkt. No. 30. A supporting declaration, a proposed judgment, and exhibits are attached hereto.

    We thank the Court in advance for its time and consideration.

                                                  Respectfully submitted,

                                                  By: _____*Michael Faillace*_____
                                                         Michael Faillace, Esq.