SUPREME COURT OF THE STATE OF NEW YORK   AFFIDAVIT OF CONFESSION
COUNTY OF NEW YORK                       JUDGMENT
------------------------------------------------------X
Carlos Armando Sapon Sapon and, Fredy Tomas
Baquiax Ajche *individually and on behalf of others
similarly situated,*

                *Plaintiffs,*

                -against-

Hanbat Restaurant, Inc. (d/b/a Han Bat) and Nack
Gyeun Mun,

                *Defendants.*
------------------------------------------------------X

STATE OF NEW YORK    )
                              ) ss.
COUNTY OF NEW YORK  )

     Nack Gyeun Mun, being duly sworn, deposes and says:

1. I, NACK GYEUN MUN, reside at _53 West 35 street, New York, NY 10001_

2. Pursuant to the terms of the Settlement Agreement and Release by and between Carlos Armando Sapon Sapon and, Fredy Tomas Baquiax Ajche ("Plaintiffs$S") and Hanbat Restaurant, Inc. (d/b/a Han Bat) and Nack Gyeun Mun, (each a "Defendant" and collectively, "Defendants"), to which this Affidavit is annexed, I hereby confess judgment and authorize entry of judgment against myself personally and Hanbat Restaurant Inc. in favor of Plaintiff for the sum of $35,000, less payments made to date under the Settlement Agreement.

3.     This Affidavit of Confession of Judgment is for a debt justly due to Plaintiff pursuant to the Settlement Agreement, to which this Affidavit is annexed, and Defendants' default in payment under the Settlement Agreement.

4. This affidavit is made upon good and valuable consideration, the sufficiency of which I acknowledge on behalf of Defendants, including, without limitation, the terms and provisions of the Settlement Agreement.

5. I hereby represent my understanding that upon Defendants' breach of the Settlement Agreement and failure to cure, this Confession of Judgment shall be docketed and entered in the Supreme Court of the State of New York, New York County, as a judgment against myself, NACK GYEUN MUN, and Hanbat Restaurant, Inc., against all property, of any kind, in which I have any ownership interest.

*NACK GYEUN MUN*
NACK GYEUN MUN, individually and on behalf of Hanbat Restaurant, Inc.

Sworn to before me this
9th day of Sept. of 2019

Notary Public

DO KYUNG KIM
NOTARY PUBLIC-STATE OF NEW YORK
No. 02KI6248898
Qualified In Queens County
My Commission Expires September 26, 2019