# Clifford Tucker

| | |
|---|---|
| **From:** | Clifford Tucker |
| **Sent:** | Friday, January 24, 2020 6:01 PM |
| **To:** | 'Do-Kyung Kim' |
| **Cc:** | paralegal 10 |
| **Subject:** | RE: NOTICE OF DEFAULT - Armando Sapon Sapon et al v. Hanbat Restaurant, Inc. et al (1:18-cv-11457-SLC) |

Dear Mr. Kim,

That is agree-able to us.  We will look out for the checks on that schedule.  Thank you very much for your prompt follow up on this case.

All the best,

Clifford R. Tucker, Esq.
Michael Faillace & Associates, P.C.
One Grand Central Place
60 East 42nd Street, Suite 4510
New York, NY 10165
(tel) 212-317-1200
(fax) 212-317-1620
ctucker@faillacelaw.com


**From:** Do-Kyung Kim [mailto:dkkimlaw@gmail.com]
**Sent:** Friday, January 24, 2020 1:26 PM
**To:** Clifford Tucker <ctucker@faillacelaw.com>
**Subject:** Re: NOTICE OF DEFAULT - Armando Sapon Sapon et al v. Hanbat Restaurant, Inc. et al (1:18-cv-11457-SLC)

Dear Tucker:

the Client said that First payment  on February 25, Second on April 25, Last on June 25.
this schedule is feasible and available in his business situation.
He promise and confirm above schedule.
How about your opinion?
wait for your reply!

DK Kim

On Thu, Jan 23, 2020 at 1:52 PM Clifford Tucker <ctucker@faillacelaw.com> wrote:

> Dear Mr. Kim,

I am sorry to have interrupted your meeting.  Thank you very much for taking our call.  As you advised, we will resume our conversation at 3:30 pm today by phone.

Thank you again for your time and attention to this matter.

Sincerely,

Clifford R. Tucker, Esq.

Michael Faillace & Associates, P.C.

One Grand Central Place

60 East 42nd Street, Suite 4510

New York, NY 10165

(tel) 212-317-1200

(fax) 212-317-1620

ctucker@faillacelaw.com

**From:** Do-Kyung Kim [mailto:dkkimlaw@gmail.com]
**Sent:** Thursday, January 23, 2020 1:04 PM
**To:** Clifford Tucker <ctucker@faillacelaw.com>
**Subject:** Re: NOTICE OF DEFAULT - Armando Sapon Sapon et al v. Hanbat Restaurant, Inc. et al (1:18-cv-11457-SLC)

Dear Tucker:

we will pay the first payment as soon as possible.

I have to talk to my client and let you know that.

2

DK Kim

On Thu, Jan 23, 2020 at 10:44 AM Clifford Tucker <ctucker@faillacelaw.com> wrote:

Dear Mr. Kim,

Please allow this email to serve as formal notice of default of Defendants in making payments pursuant to the settlement agreement in the above-named action.   Please instruct your clients to promptly cure the default by providing three checks in the amount of Eleven Thousand Six Hundred Sixty Six and Sixty Seven/100 dollars ($11,666.67) made payable to "Michael Faillace and Associates, P.C." for immediate deposit.  The payment shall be made by sending the check via USPS, UPS, or Fedex with a tracking number to "Michael Faillace and Associates, P.C." at 60 E. 42nd Street, Suite 4510, New York, New York 10165.

As set out in the settlement agreement, if your client fails to cure the default, we will be entitled to enter the Confessions of Judgment in the Supreme Court of the State of New York, New York County against Defendants and all property, of any kind, in which Defendant Nack Gyeun Mun has any ownership interest.

Please call us with any questions or concerns as they may arise.

Thank you for your time and attention to this matter.

Sincerely,

Clifford R. Tucker, Esq.

Michael Faillace & Associates, P.C.

One Grand Central Place

60 East 42nd Street, Suite 4510

New York, NY 10165

(tel) 212-317-1200

(fax) 212-317-1620

ctucker@faillacelaw.com

--

Thank you,

**Do Kyung Kim, Esq.**

Law Firm of DK & Associates, P.C.
141-25 Northern Blvd, Suite A 30
Flushing, NY 11354
Tel: (718) 460-2435 / (718) 460-9494

Fax: (888) 456-7938

THIS EMAIL (INCLUDING ANY ATTACHMENTS) CONTAINS CONFIDENTIAL INFORMATION WHICH ALSO MAY BE LEGALLY PRIVILEGED AND WHICH IS INTENDED ONLY FOR THE USE OF THE ADDRESSEE(S) NAMED HEREIN.  IF YOU ARE NOT THE INTENDED RECIPIENT OF THIS EMAIL OR THE EMPLOYEE OR AGENT RESPONSIBLE FOR DELIVERING IT TO THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION OR COPYING OF THIS EMAIL, AND ANY ATTACHMENTS HERETO, IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS E-MAIL IN ERRORS, PLEASE IMMEDIATELY NOTIFY THE LAW FIRM OF DK & ASSOCIATES, P.C., AT (718) 460 - 2435 AND DELETE THE ORIGINAL (INCLUDING ANY ATTACHMENTS) AND ANY PRINTOUT(S) THEREOF.

--

Thank you,

**Do Kyung Kim, Esq.**

Law Firm of DK & Associates, P.C.
141-25 Northern Blvd, Suite A 30
Flushing, NY 11354
Tel: (718) 460-2435 / (718) 460-9494
Fax: (888) 456-7938

THIS EMAIL (INCLUDING ANY ATTACHMENTS) CONTAINS CONFIDENTIAL INFORMATION WHICH ALSO MAY BE LEGALLY PRIVILEGED AND WHICH IS INTENDED ONLY FOR THE USE OF THE ADDRESSEE(S) NAMED HEREIN.  IF YOU ARE NOT THE INTENDED RECIPIENT OF THIS EMAIL OR THE EMPLOYEE OR AGENT RESPONSIBLE FOR DELIVERING IT TO THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION OR COPYING OF THIS EMAIL, AND ANY ATTACHMENTS HERETO, IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS E-MAIL IN ERRORS, PLEASE IMMEDIATELY NOTIFY THE LAW FIRM OF DK & ASSOCIATES, P.C., AT (718) 460 - 2435 AND DELETE THE ORIGINAL (INCLUDING ANY ATTACHMENTS) AND ANY PRINTOUT(S) THEREOF.