UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
CARLOS ARMANDO SAPON SAPON and
FREDY TOMAS BAQUIAX AICHE,   1:18-cv-11457-SLC
*individually and on behalf of others similarly situated*,

       Plaintiffs,

**JUDGMENT**

-against-

HANBAT RESTAURANT, INC (d/b/a HAN
BAT) and NACK GYEUN MUN,

       Defendants
-----------------------------------------------------------X

    **WHEREAS,** the parties entered into a settlement in this action, which was approved by this Court on November 5, 2019;

    **WHEREAS,** Defendants have defaulted in making the settlement payments to Plaintiffs as provided for in the settlement agreement;

    **WHEREAS,** this matter came before the Court for an entry of Judgment in favor of Plaintiffs against Defendants, pursuant ot the settlement agreement which was approved by this Court on November 5, 2019.

    **IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that judgment is hereby entered in favor of Plaintifs CARLOS ARMANDO SAPON SAPON and FREDY TOMAS BAQUIAX AICHE and against Defendants HANBAT RESTAURANT, INC (d/b/a HAN BAT) and NACK GYEUN MUN in the sum of Thirty-Five Thousand Dollars and Zero Cents ($35,000.00) and that Plaintiffs shall have exeution therefor.

Judgment Entered this _____ day of

_____, 2020.

_____
US Magistrate Judge Sarah L Cave