UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CARLOS ARMANDO SAPON SAPON, et al., <br><br> Plaintiffs, <br><br> against <br><br><br> HANBAT RESTAURANT, INC. and NACK GYEUN MUN, <br><br> Defendants. | CIVIL ACTION NO.: 18 Civ. 11457 (SLC) <br><br> **ORDER** |

**SARAH L. CAVE,** United States Magistrate Judge.

Defendants are directed to respond to Plaintiffs' request for an entry of judgment (ECF No. 37) by **Wednesday, April 29, 2020** and Plaintiffs are directed to file a reply, if any, by **Thursday, April 30, 2020**.

Dated:   New York, New York
         April 24, 2020

SO ORDERED

_____
SARAH L. CAVE
United States Magistrate Judge

1