**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
CARLOS ARMANDO SAPON SAPON, et al.,

                Plaintiffs,                18 **CIVIL** 11457 (SLC)

      -against-                    **JUDGMENT**

HANBAT RESTAURANT, INC. and NACK GYEUN MUN,

                Defendants.
-----------------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated February 16, 2021, Plaintiffs' Motion (ECF No. 37) is GRANTED, and judgment is entered in favor of Plaintiffs in the amount of $35,000.00.

**Dated:** New York, New York
          February 17, 2021

                                            **RUBY J. KRAJICK**
                                                  Clerk of Court
                              BY:
                                                       Deputy Clerk